UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA, THIRD DIVISION

---

United States of America, Case No. 00-CV-929 (RHK/JMM)

Plaintiff,

v.

An Undetermined Quantity of Boxes of an
Article of Drug, Each Box Containing
12/8 Gram Jars,

Defendant.

---

## ORDER FOR EXTENSION OF TIME TO FILE CLAIM AND RESPOND TO COMPLAINT

---

**IT IS HEREBY ORDERED** that the time in which Caleb Laboratories, Inc. shall have to file a claim to the property named as defendant, or to answer, move against or otherwise respond to the complaint in the above-captioned matter is extended up to and including May 8, 2000.

Dated: 5/1, 2000

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

135768.WPD

FILED MAY 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______