UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA, THIRD DIVISION

---

United States of America,

Case No. 00-CV-929 (RHK/JMM)

Plaintiff,

v.

An Undetermined Quantity of Boxes of an Article of Drug, Each Box Containing 12/8 Gram Jars,

Defendant.

---

**ORDER FOR EXTENSION OF TIME TO FILE CLAIM AND RESPOND TO COMPLAINT**

---

**IT IS HEREBY ORDERED** that the time in which Caleb Laboratories, Inc. shall have to file a claim to the property named as defendant is extended up to and including May 15, 2000. ~~and the time to file an answer, move against or otherwise respond to the complaint is extended up to and including 30 days following the filing of the claim.~~ JMM JMM

Dated: May 8, 2000

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

136317.WPD

FILED MAY 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________