UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA, THIRD DIVISION

---

United States of America,

Plaintiff,

v.

An Undetermined Quantity of Boxes of an Article of Drug, Each Box Containing 12/8 Gram Jars,

Defendant.

Case No. 00-CV-929 (RHK/JMM)

---

**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

**IT IS HEREBY ORDERED** that the time in which Caleb Laboratories, Inc. shall have to file an answer, move against, or otherwise respond to the complaint is extended up to and including June 20, 2000. No further extensions will be granted. JMM

Dated: May 30, 2000

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

137464.WPD

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK